1922. Reversed *pro forma* and remanded. Opinion filed March 16, 1923.

Watson & Duvall, for appellants; David J. Kadyk, of counsel. No appearance for appellee.

Mr. Justice Jett delivered the opinion of the court.

---

Frank C. Lake, appellee, v. Frank J. Hennessy, appellant. Gen. No. 7,172.

Bill praying that complainant be subrogated to rights of administrator of an estate and for an accounting. Judgment for complainant. Appeal from the Circuit Court of Iroquois county; the Hon. Frank L. Hooper, Judge, presiding. Heard in this court at the October term, 1922. Affirmed. Opinion filed March 16, 1923.

Luther B. Bratton and Frank M. Crangle, for appellant. Stephen C. Malo and Miller & Streeter, for appellee.

Mr. Justice Jett delivered the opinion of the court.

---

William P. Hoy, receiver, appellee, v. Charles E. Fairchild, appellant. Gen. No. 7,032.

Judgment for contempt of court. Sentence to jail until such time as defendant or the Home Trust & Savings Bank of Elgin shall turn over to complainant, as receiver, certain property. Appeal from the Circuit Court of McHenry county; the Hon. Robert K. Welsh, Judge, presiding. Heard in this court at the October term, 1922. Reversed. Opinion filed March 16, 1923.

Walter E. Healy and G. R. Beverly, for appellant. Joslyn & Joslyn, for appellee.

Mr. Justice Partlow delivered the opinion of the court.

---

Ora Rowe, administratrix of the estate of Sampson T. Rowe, deceased, plaintiff in error, v. Lewis R. Phillips et al., defendants in error. Gen. No. 7,060.

Action for fraud and deceit and for damages for sale of certain stock alleged to be worthless. One defendant found not guilty. Judgment for plaintiff against two other defendants with damages assessed at $17,500. Error to the Circuit Court of Marshall county; the Hon. John M. Niehaus, Judge, presiding. Heard in this court at the October term, 1922. Affirmed. Opinion filed March 16, 1923.

F. W. Potter and Barnes, Magoon & Black, for plaintiff in error. Dailey, Miller, McCormick & Radley, for defendant in error Lewis R. Phillips.

Mr. Justice Partlow delivered the opinion of the court.

---

Laura Tillberg, appellee, v. Rockford City Traction Company, appellant. Gen. No. 7,130.

Suit for personal injuries to passenger on street car. Judgment for plaintiff for $1,000. Appeal from the Circuit Court of Winnebago county; the Hon. Robert K. Welsh, Judge, presiding. Heard in this court at the October term, 1922. Affirmed. Opinion filed March 16, 1923.

Fisher, North, Welsh & Linscott, for appellant. Andrews & Essington and Roy F. Hall, for appellee.

Mr. Justice Partlow delivered the opinion of the court.